UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTINA YOPA and ABI-SARA MACHOLD,

                    Plaintiffs,

-v-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                    Defendants.
-------------------------------------------------------------------X

Civil Action No.
07 CV 6889 (PKL)

DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

**PLEASE TAKE NOTICE,** that the defendants, GREYHOUND LINES, INC. ("GLI") and LAIDLAW INTERNATIONAL, INC. ("LII"), by their attorneys, Fabiani Cohen & Hall, LLP, as and for their Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 sets forth as follows:

GLI is a Delaware corporation. Laidlaw Transportation Holdings, Inc. ("LTHI") owns 100% of the stock of GLI. Laidlaw Transportation, Inc. ("LTI") owns 100% of the stock of LTHI. LII owns 100% of the stock of LTI.

LII is a Delaware corporation. LII does not have any parent corporation. There is no publicly held corporation that owns 10% or more of LII's stock.

Dated:      New York, New York
               August 20, 2007

                                        Yours, etc.,

                                        **FABIANI COHEN & HALL, LLP**

                                        Kevin B. Pollak (KBP 6098)
                                        **Attorneys for Defendants**
                                        **GREYHOUND LINES, INC., and**
                                        **LAIDLAW INTERNATIONAL, INC.**
                                        570 Lexington Avenue, 4th Floor
                                        New York, New York 10022
                                        (212) 644-4420

364807.1

TO:    **KREINDLER & KREINDLER LLP**
        Megan W. Benett (MB1234)
        Attorneys for Plaintiff
        100 Park Avenue
        New York, New York 10017
        (212) 687-8181

Christina Yopa and Abi-Sara MacHold v. Greyhound Lines, Inc., and Laidlaw International, Inc.
07 Civ. 6889 (PKL)  -  Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 was sent via first class mail, postage prepaid, this 20th day of August, 2007, to:

**KREINDLER & KREINDLER LLP**
**Attorneys for Plaintiffs**
100 Park Avenue
New York, New York  10017
(212) 687-8181

_____
Kevin B. Pollak (6098)

Sworn to before me this
20th day of August, 2007.

_____
NOTARY PUBLIC

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20 11

364926.1