USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                             Plaintiffs,

          - against -

GREYHOUND LINES, INC.,

                             Defendant
------------------------------------------------------------------------X

06 CIV. 7108 (PKL)

STIPULATION

Action No. 1

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned matter and below referenced matters are hereby consolidated pursuant to Rule 42(a) for all purposes.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,

                             Plaintiffs,

         - against –

GREYHOUND LINES, INC.,

                             Defendant
------------------------------------------------------------------------X

06 CIV. 7110 (PKL)

Action No. 2

364755.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRSTEN ANDERSON,

                                                      Plaintiff,

- against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                                      Defendant
------------------------------------------------------------------------X

06 CIV. 13371 (PKL)

Action No. ~~3~~ 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZIBO WANG,

                                                      Plaintiff,

- against -

GREYHOUND LINES, INC., and "Jane Doe" as
Administrator of THE ESTATE OF RONALD BURGESS,
Deceased,

                                                      Defendants.
------------------------------------------------------------------------X

06 CIV. 11382 (PKL)

Action No. ~~A~~ 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAURE BOUDET,

                                                      Plaintiff,

-against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                                      Defendants.
------------------------------------------------------------------------X

07 CIV. 3098 (PKL)

Action No. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATEOF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and
MARIE LILIANE MILARD,

07 cv 3289
~~06 CIV. 6540~~(PKL)

Action No. 6

Plaintiffs,

- against -

GREYHOUND LINES, INC.,

Defendant
------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

07 CIV. 6889 (PKL)

Plaintiff,

Action No. 7

-against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

Defendants.
------------------------------------------------------------------------X

FABIANI COHEN & HALL, LLP

[signature]

Kevin B. Pollak, Esq. (KBP 6098)

**Attorneys for Defendants**
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue, 4th floor
New York, New York 10022
(212) 644-4420

GOLDBERG SEGALLA, LLP

[signature]

~~William G. Kelly~~, Esq. (~~WGK2982~~)
Lisa M. Robinson, Esq (LR2782)
**Attorneys for Plaintiff in Action No. 5**
LAURE BOUDET
~~170 Hamilton Avenue, Suite 203~~     5789 Widewaters
~~White Plains, New York 10601~~        Pkwy -
~~(914) 798-5400~~                       Syracuse, NY
                                         13214
                                    (315) 413-5400

364755.1                                3

TAUB & MARDER

_____
Chad Ayoub
~~Kenneth Marder~~, Esq. (KM 0304) (CA 6774)
Attorneys for Plaintiffs in Action No. 1
and Action No.2
TERESITA SANTIAGO, RAMON
LORENZO and TERESITA SANTIAGO,
as the mother and natural guardian of
KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants;
MARIA MERCEDES ROSARIO BRETON,
FABIAN GARCIA and PAOLA GARCIA
450 Seventh Avenue, 37th floor
New York, New York 10123
(212) 967-1122

RUBENSTEIN & RYNECKI, ESQS.

_____
Robert Petitt, Esq. (RP 4953)
Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME, as Adminisratrix
of the Estate of ANTONIDE DORCE,
deceased, and BETTY DORCE EXUME,
individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

KREINDLER & KREINDLER

_____ (JPK 7084)
Megan W. Benett, Esq. (MWB 1234)
Attorneys for Plaintiff in Action No.3
and Action No. 7
KIRSTEN ANDERSON;
CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

RICH & RICH, P.C.

_____
Jeffrey Michael Rich, Esq. (JMR 7895)
Attorneys for Plaintiff in Action No. 4
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

Dated: New York, New York
       August 20, 2007

SO ORDERED  9/05/07
_____
USDJ

364755.1                                    4