UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

|  |  |  |
|---|---|---|
| | **Plaintiffs,** | **STIPULATION** |
| | | **06 CIV. 7108 (PKL)** |
| - against - | | **Action No. 1** |
| **GREYHOUND LINES, INC.,** | | |
| | **Defendant** | |

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,

|  |  |  |
|---|---|---|
| | **Plaintiffs,** | **06 CIV. 7110 (PKL)** |
| - against – | | **Action No. 2** |
| **GREYHOUND LINES, INC.,** | | |
| | **Defendant** | |

------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ZIBO WANG,

|  |  |  |
|---|---|---|
| | **Plaintiff,** | **06 CIV. 11382 (PKL)** |
| - against - | | **Action No. 3** |

GREYHOUND LINES, INC., and "Jane Doe" as
Administrator of THE ESTATE OF RONALD BURGESS,
Deceased,

|  |  |  |
|---|---|---|
| | **Defendants.** | |

------------------------------------------------------------------------X

372143.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRSTEN ANDERSON,

                                 Plaintiff,

                - against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                               Defendant

------------------------------------------------------------------X

**06 CIV. 13371 (PKL)**

**Action No. 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAURE BOUDET,

                                 Plaintiff,

                -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                               Defendants.

------------------------------------------------------------------X

**07 CIV. 3098 (PKL)**

**Action No. 5**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATEOF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and
MARIE LILIANE MILARD,

                                 Plaintiffs,

                - against -

GREYHOUND LINES, INC.,

                               Defendant

------------------------------------------------------------------X

**07 CIV. 3289 (PKL)**

**Action No. 6**

372143_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

CHRISTIAN YOPA and ABI-SARA MACHOLD,

                                        **Plaintiff,**

        **-against-**

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                      **Defendants.**

--------------------------------------------------------------------------X

07 CIV. 6889 (PKL)


Action No. 7

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned matters and below referenced matter are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                                    **Plaintiffs,**

        **-against-**

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                                    **Defendants.**

--------------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)


Action No. 8

372143_1

**FABIANI COHEN & HALL, LLP**

_____ (TMBP 6012)

**Attorneys for Defendants**
**GREYHOUND LINES, INC. and**
**LAIDLAW INTERNATIONAL, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420


**RICH & RICH, P.C.**

_____

**Attorneys for Plaintiff in Action No. 3**
**ZIBO WANG**
30 Vesey Street
New York, New York 10007
(212) 406-0440


**GOLDBERG SEGALLA, LLP**

_____

**Attorneys for Plaintiff in Action No 5**
**LAURIE BOUDET**
**GOLDBERG SEGALLA, LLP**
**Attorneys for Plaintiff Boudet**
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400


**TAUB & MAUDER**

_____ G16774

**Attorneys for Plaintiffs in Actions No. 1**
**And Action No. 2 TERESITA**
**SANTIAGO, RAMON LORENZO and**
**TERESITA SANTIAGO, as mother and**
**natural guardian of KAREN SANTIAGO**
**DIAZ and HENRY LORENZO, infants;**
**MARIA MERCEDES ROSARIO**
**BRETON, FABIAN GARCIA and**
**PAOLA GARCIA**
450 Seventh Avenue, 37th Floor
New York, New York 10123
(212) 967-1122     By Chad-book


**KREINDLER & KREINDLER**

_____ (JK 7084)

**Attorneys for Plaintiffs in Action No. 4**
**and Action No. 7 KIRSTEN**
**ANDERSON; CHRISTIAN YOPA and**
**ABI-SARA MACHOLD**
100 Park Avenue
New York, New York 10017
(212) 687-8181


**RUBENSTEIN & RYNECKI, ESQS.**

_____ (RP4953)

**Attorneys for Plaintiff in Action No 6**
**BETTY DORCE EXUME , as**
**Administratrix of the Estate of**
**ANTONIDE DORCE, deceased, and**
**BETTY DORCE EXUME, individually,**
**JACQUELIN BERTRAND and MARIE**
**LILIANE MILARD**
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

372143_1

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

by Howard Pidel (S114 HP)
_____
**Attorneys for Plaintiffs in Action No. 8**
**SHERRY ANN GEORGE, SHERRY ANN**
**GEORGE, as Mother and Natural**
**Guardian of VOSHONA GEORGE, Infant,**
**and SHERRY ANN GEORGE and ALLISON**
**IDOHOU, as Co-Administrators of the**
**ESTATE OF DOREEN GEORGE, Deceased,**
**200 W 57th Street**
**New York, New York 10019**


**Dated:  New York, New York**
**        November 15, 2007**


SO ORDERED, 11/15/07
_____
USDJ