USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                                                                          Plaintiffs,

- against -

GREYHOUND LINES, INC.,

                                                                          Defendant
------------------------------------------------------------------X

STIPULATION
OF DISCONTINUANCE

06 CIV. 7108 (PKL)

Action No. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,

                                                               Plaintiffs,

- against –

GREYHOUND LINES, INC.,

                                                               Defendant
------------------------------------------------------------------X

06 CIV. 7110 (PKL)

Action No. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZIBO WANG,

                                                               Plaintiff,

- against -

GREYHOUND LINES, INC., and "Jane Doe" as
Administrator of THE ESTATE OF RONALD BURGESS,
Deceased,

                                                               Defendants.
------------------------------------------------------------------X

06 CIV. 11382 (PKL)

Action No. 3

373020.1

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>KIRSTEN ANDERSON,<br><br>                                      Plaintiff,<br><br>                - against -<br><br>GREYHOUND LINES, INC., and LAIDLAW<br>INTERNATIONAL, INC.,<br><br>                                      Defendant<br>------------------------------------------------------------------X | 06 CIV. 13371 (PKL)<br><br>Action No. 4 |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>LAURE BOUDET,<br><br>                                      Plaintiff,<br><br>                -against-<br><br>GREYHOUND LINES, INC., and LAIDLAW<br>INTERNATIONAL, INC.,<br><br>                                      Defendants.<br>------------------------------------------------------------------X | 07 CIV. 3098 (PKL)<br><br>Action No. 5 |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>BETTY DORCE EXUME, as ADMINISTRATRIX OF THE<br>ESTATE OF ANTONIDE DORCE, deceased, and BETTY<br>DORCE EXUME, individually, JACQUELIN BERTRAND<br>and<br>MARIE LILIANE MILARD,<br><br>                                      Plaintiffs,<br><br>                - against -<br><br>GREYHOUND LINES, INC.,<br><br>                                      Defendant<br>------------------------------------------------------------------X | Action No. 6 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                                        Plaintiff,

        -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                    Defendants.
------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                                      Plaintiffs,

        -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                                    Defendants.
------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)

Action No. 8

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in action nos. 4, 5, 7 and 8 hereinabove that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, action nos. 4, 5, 7 and 8 are hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for the above-mentioned parties, that this Stipulation of Discontinuance may be signed in counterparts.

| FABIANI COHEN & HALL, LLP | KREINDLER & KREINDLER |
|---|---|
| *[signature]* | *[signature]* MB1234 |
| Kevin B. Pollak, Esquire (KBP 6098) | Attorneys for Plaintiffs in Action No. 4 |
| Attorneys for Defendants | and Action No. 7 |
| GREYHOUND LINES, INC. and | KIRSTEN ANDERSON; CHRISTIAN |
| LAIDLAW INTERNATIONAL, INC. | YOPA and ABI-SARA MACHOLD |
| 570 Lexington Avenue, 4th Floor | 100 Park Avenue |
| New York, New York 10022 | New York, New York 10017 |
| (212) 644-4420 | (212) 687-8181 |

373020.1

4

| GOLDBERG SEGALLA, LLP | NORMAN LISS ATTORNEYS-AT-LAW, P.C. |
|---|---|
| *[signature]* | |
| Attorneys for Plaintiff in Action No 5<br>LAURIE BOUDET<br>GOLDBERG SEGALLA, LLP<br>Attorneys for Plaintiff Boudet<br>5789 Widewaters Parkway<br>Syracuse, New York 13214<br>(315) 413-5400 | Attorneys for Plaintiffs in Action No. 8<br>SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased,<br>200 W 57th Street<br>New York, New York 10019<br>(212) 586-6165 |

Dated:   New York, New York
        November 20, 2007

**SO ORDERED**

_____
         **USDJ**

373020.1

| GOLDBERG SEGALLA, LLP | NORMAN LISS ATTORNEYS-AT-LAW, P.C. |
|---|---|
| _____ | *[signature]* |
| Attorneys for Plaintiff in Action No 5 LAURIE BOUDET GOLDBERG SEGALLA, LLP Attorneys for Plaintiff Boudet 5789 Widewaters Parkway Syracuse, New York 13214 (315) 413-5400 | Attorneys for Plaintiffs in Action No. 8 SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased, 200 W 57th Street New York, New York 10019 (212) 586-6165 |

Dated: New York, New York
November 20, 2007

SO ORDERED  12/27/07

*[signature]*
USDJ