```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED      Leisure J.
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and TERESITA
SANTIAGO, as the Mother and Natural Guardian of KAREN
SANTIAGO DIAZ and HENRY LORENZO, infants,

                                Plaintiffs,

                v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                            Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,

                            Third-Party Defendant.
------------------------------------------------------------X

file under 06-13371

STIPULATION

06 CIV. 7108 (PKL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA
and PAOLA GARCIA,

                                Plaintiffs,
                v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                            Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,

                            Third-Party Defendant.
------------------------------------------------------------X

06 CIV. 7110 (PKL)

stipulation 3 4 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ZIBO WANG,

                      Plaintiff,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and TIRE COMPANY,

                      Defendant.
----------------------------------------------------------------X

06 CIV. 11382 (PKL)

GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,

                      Third-Party Defendant.
----------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIRSTEN ANDERSON,

                      Plaintiff,
        v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and TIRE COMPANY,

                      Defendant.
----------------------------------------------------------------X

06 CIV. 13371 (PKL)

GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,

                      Third-Party Defendant.
----------------------------------------------------------------X

375763-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LAURE BOUDET,

                              Plaintiff,

            v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and TIRE COMPANY,

                              Defendants.
--------------------------------------------------------X
GREYHOUND LINES, INC.,

                             Third-Party Plaintiff,

            v.

MOTOR COACH INDUSTRIES, INC.,

                             Third-Party Defendant.
--------------------------------------------------------X

07 CIV. 3098 (PKL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE ESTATE OF ANTONIDE DORCE, deceased, and BETTY DORCE EXUME, individually, JACQUELIN BERTRAND and MARIE LILIANE MILARD,

                             Plaintiffs,

            v.

MOTOR COACH INDUSTRIES, INC.,

                             Third-Party Defendant.
--------------------------------------------------------X
GREYHOUND LINES, INC.,

                             Third-Party Plaintiff,

            v.

MOTOR COACH INDUSTRIES, INC.,

                             Third-Party Defendant.
--------------------------------------------------------X

07 CIV. 3289 (PKL)

375763-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                Plaintiff,

      v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and TIRE COMPANY,

                Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,

                Third-Party Defendant.

07 CIV. 6889 (PKL)

------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased,

                Plaintiffs,

      v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and TIRE COMPANY,

                Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,

              Third-Party Defendant.
------------------------------------------------------------X

07 CIV 8364 (PKL)

375763-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,

                                  Plaintiffs,

                  v.                                07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                                  Defendants.
----------------------------------------------------------------X
GREYHOUND LINES, INC.,

                            Third-Party Plaintiff,

                  v.

MOTOR COACH INDUSTRIES, INC.,

                            Third-Party Defendant.
----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant/Third Party Plaintiff Greyhound Lines, Inc. and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Third Party Summons and Consolidated Third Party Complaint in this action is hereby extended to and including March 19, 2008.

      IT IS FURTHER STIPULATED AND AGREED that MCI waives the defenses of personal jurisdiction and improper service.

5

348722.1

Dated: New York, New York
       March 4, 2008

NOVACK BURNBAUM CRYSTAL, LLP

*/s/ Howard C. Crystal*

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

FABIANI COHEN & HALL, LLP

*/s/ Kevin B. Pollak*

Kevin B. Pollak (KBP6098)
570 Lexington Avenue, 4th Floor
New York, New York 10022
212-644-4420
Attorneys for Defendant/Third Party Plaintiff


SO ORDERED:   3/05/08

*/s/ Peter K. Leisure*

Peter K. Leisure, U.S.D.J.

375763-1

6