Leisure, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TERESITA SANTIAGO, et al.,

                       Plaintiffs,

        v.

GREYHOUND LINES, INC., et al.,
                      Defendants.
----------------------------------------------------------X
GREYHOUND LINES, INC.,

                  Third Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,
                  Third-Party Defendant.
----------------------------------------------------------X
GREYHOUND LINES, INC.,

                  Third Party Plaintiff,

        v.

UGL UNICCO,. f/k/a UNICCO Service Company,
                  Third-Party Defendant.
----------------------------------------------------------X

06
08 CIV. 7108 (PKL)

[Related to]  ← Filed in
06 CIV 13371 (PKL)

And consolidated cases

Jury Trial Demanded

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Third Party Defendant UNICCO Service Company and for Third Party Defendant Motor Coach Industries, Inc., ("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including July 18, 2008.

Dated:     New York, New York
           June 20, 2008

NOVACK BURNBAUM CRYSTAL, LLP

*Howard Crystal by ree*
*by permission*

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

QUIRK AND BAKALOR, P.C.

Scott P. Taylor (7761)
845 Third Avenue
New York, New York 10022
212-319-1000
Attorneys for Third Party Defendant

SO ORDERED:

Peter K. Leisure, U.S.D.J.

6/24/08

8128811 5