UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,
        Plaintiffs,

    v.                                             06 CIV. 7108 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
        Defendant.
-----------------------------------------------------------------X
GREYHOUND LINES, INC.,
        Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC.,
        Third-Party Defendant.
-----------------------------------------------------------------X

STIPULATION ORDER *(handwritten: "ORDER" replacing "STIPULATION"; initialed)*

*(handwritten: filed under 06-13371)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,
        Plaintiffs,

    v.                                             06 CIV. 7110 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
        Defendant.
-----------------------------------------------------------------X
GREYHOUND LINES, INC.,
        Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC.,
        Third-Party Defendant.
-----------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZIBO WANG,
                Plaintiff,

                v.                                  06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRSTEN ANDERSON,
                Plaintiff,

                v.                                  06 CIV. 13371 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAURE BOUDET,
      Plaintiff,

      v.                  07 CIV. 3098 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
      Defendants.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,
      Third-Party Defendant.
-------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATE OF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE MILARD,
      Plaintiffs,

      v.                  07 CIV. 3289 (PKL)

MOTOR COACH INDUSTRIES, INC.,
      Defendant.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,
      Third-Party Defendant.
-------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,
                Plaintiff,

            v.                                      07 CIV. 6889 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

            v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
                Plaintiffs,

            v.                                      07 CIV 8364 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

            v.

MOTOR COACH INDUSTRIES, INC.,
              Third-Party Defendant.
------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,
     Plaintiffs,

     v.             07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
     Defendants.
-------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
     Third-Party Plaintiff,

     v.

MOTOR COACH INDUSTRIES, INC.,
     Third-Party Defendant.
-------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CINDYLYN LAMARCHE,
     Plaintiff,

     v.             08 CIV 2438 (PKL)

GREYHOUND LINES, INC.,
     Defendant.
-------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
     Third-Party Plaintiff,

     v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,
     Third-Party Defendants.
-------------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIONEL CADELIS,
                Plaintiff,

              v.                                                      08 CIV 2439 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,
                Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
                Third-Party Defendants.
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,
                Plaintiffs,

              v.                                                    08 CIV 2440 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,
                Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
                Third-Party Defendants.
------------------------------------------------------------------X

389369.1

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned consolidated matters and the below referenced matters are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,**
         **Plaintiffs,**

         v.                                    08 CIV 3566 (PKL)

**GREYHOUND LINES, INC., and "JOHN DOE", that name being fictitious, his true name being unknown to Plaintiff,**
         **Defendants.**
------------------------------------------------------------------X
**GREYHOUND LINES, INC.,**
         **Third-Party Plaintiff,**

         v.

**MOTOR COACH INDUSTRIES, INC., UGL UNICCO, Formerly Known As UNICCO Service Company and THE GOODYEAR TIRE & RUBBER COMPANY,**
         **Third-Party Defendants.**
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAUREN BICKFORD-BUSHEY,
          Plaintiff,

          v.                                    08 CIV 4465 (PKL)

GREYHOUND LINES, INC. and THE GOODYEAR
TIRE and RUBBER COMPANY,
          Defendants.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
          Third-Party Plaintiff,

          v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
          Third-Party Defendants.
------------------------------------------------------------------------X

| | |
|---|---|
| FABIANI COHEN & HALL, LLP | TAUB & MARDER |
| *(signature)* (143P 6098) | *(signature)* |
| **Attorneys for Defendant/Third-Party Plaintiff** | **Attorneys for Plaintiffs** |
| GREYHOUND LINES, INC. | TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as mother and natural guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants; MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA |
| 570 Lexington Avenue, 4th Floor | 450 Seventh Avenue, 37th Floor |
| New York, New York 10022 | New York, New York 10123 |
| (212) 644-4420 | (212) 967-1122 |

389369.1

8

RICH & RICH, P.C.

_____
Attorneys for Plaintiff
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

GOLDBERG SEGALLA, LLP

_____
Attorneys for Plaintiff
LAURIE BOUDET
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.

by: /Howard Podew/
_____
Attorneys for Plaintiffs
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural Guardian
of VOSHONA GEORGE, Infant, and
SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased
200 West 57th Street
New York, New York 10019
(212) 586-6165

KREINDLER & KREINDLER LLP

_____
Attorneys for Plaintiffs
KIRSTEN ANDERSON, CHRISTIAN
YOPA, ABI-SARA MACHOLD and
CINDYLYN LAMARCHE
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181

RUBENSTEIN & RYNECKI, ESQS.

_____
Attorneys for Plaintiffs
BETTY DORCE EXUME, as
Administratrix of the Estate of ANTONIDE
DORCE, deceased, and BETTY DORCE
EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE
MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

THE LIETZ LAW FIRM, PLLC

_____
David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU
and OURY CISSE, Individually and as Co-
Liquidators of the Estate of SOULEYMANE
TAMBADOU
888 16th Street North West
Washington, DC 20006
(202) 349-9869

389369.1

9

| | |
|---|---|
| OFFICE OF JAY H. TANENBAUM | LAW OFFICE OF EDWARD P. RYAN |
| *[signature]* | *[signature]* |
| Michael B. Zaransky, of Counsel (MZ 2300) | Attorneys for Plaintiffs |
| Attorneys for Plaintiff | MAMADOU SAIDOU BAH and GNALEN |
| LIONEL CADELIS | BAH |
| 110 Wall Street, 16th Floor | 38 Eagle Street |
| New York, New York 10005 | Albany, New York 12207 |
| (212) 422-1765 | (518) 465-2488 |
| | |
| LAW OFFICES OF NEIL MOLDOVAN | LAW OFFICE OF MARK SCHNEIDER |
| *[signature]* | |
| Attorney for Plaintiffs | Attorneys for Plaintiff |
| SYLVINA JEAN CLAVIEN and | LAUREN BICKFORD-BUSHEY |
| RAPHAEL DANIS | 57 Court Street |
| One Old Country Road - Suite 270 | Plattsburgh, New York 12901 |
| Carle Place, New York 11514 | (518) 566-6666 |
| (516) 294-3300 | |
| | |
| HERRICK, FEINSTEIN, LLP | NOVACK BURNBAUM CRYSTAL LLP |
| *[signature]* | *[signature]* |
| Attorneys for Defendant | Attorneys for Third-Party Defendant |
| THE GOODYEAR TIRE & RUBBER | MOTOR COACH INDUSTRIES, INC. |
| COMPANY | 300 East 42nd Street |
| 2 Park Avenue | New York, New York 10017 |
| New York, New York 10016 | (212) 682-4002 |
| (212) 592-1400 | |

QUIRK and BAKALOR, P.C.

*[signature]* SQT 7761

Attorneys for Third-Party Defendant
UGL UNICCO  *except in Bickford-Bushey action*
845 Third Avenue, 15th Floor
New York, New York 10022
(212) 319-1000

389369.1

10

Dated: New York, New York
       June 26, 2008

   SO ORDERED

   _____
                USDJ